**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-6443**

---

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

TYRONE WEBB,

              Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, District Judge.  (3:93-cr-00007-CMC)

---

Submitted: May 22, 2008                    Decided:  June 2, 2008

---

Before MOTZ and DUNCAN, Circuit Judges,  and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Tyrone Webb, Appellant Pro Se.  James Chris Leventis, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Webb appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2000), seeking a reduction to his sentence based on an amendment to the sentencing guidelines. We have reviewed the record and find the district court did not abuse its discretion denying the motion. <u>See</u> <u>United States v. Goines</u>, 357 F.3d 469, 478 (4th Cir. 2004) (motion under § 3582(c) "is subject to the discretion of the district court."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>